# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Toshiba Samsung Storage Technology Korea Corporation    v.    LG Electronics, Inc., LG Electronics U.S.A., Inc.

Case No.    17-1881

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Toshiba Samsung Storage Technology Korea Corporation

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Toshiba Samsung Storage Technology Korea Corporation | Toshiba Samsung Storage Technology Korea Corporation | Toshiba Samsung Storage Technology Corporation; Optis Company, Ltd. |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

DLA Piper LLP (US): Alan A. Limbach, Brent K. Yamashita

Apr. 14, 2017
Date

/s/ Joseph A. Rhoa
Signature of counsel

Please Note: All questions must be answered

Joseph A. Rhoa
Printed name of counsel

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Apr. 14, 2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Joseph A. Rhoa | /s/ Joseph A. Rhoa |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Nixon & Vanderhye P.C. |
| Address | 901 North Glebe Road, 11th Floor |
| City, State, Zip | Arlington, VA 22203 |
| Telephone Number | (703) 816-4000 |
| Fax Number | (703) 816-4100 |
| E-Mail Address | JAR@nixonvan.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields