17-1881

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION

Appellant,

v.

LG ELECTRONICS, INC.,

LG ELECTRONICS U.S.A., INC.,

Appellees.

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Case No. IPR2015-01653
Patent RE43,106

## MOTION OF APPELLANT TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

JOSEPH A. RHOA
NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
Arlington, VA 22203
Telephone: 703.816.4000
Facsimile: 703.816.4100
Email: jar@nixonvan.com

COUNSEL FOR APPELLANT

July 6, 2017

Appellant TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION ("TSST-K") moves for a 60-day extension of the due date for its opening brief in this appeal, which is currently due July 17, 2017. The requested extension would move this deadline to September 15, 2017. This is TSST-K's first request for an extension of time to file its opening brief. Counsel for Appellees LG Electronics, Inc. and LG Electronics U.S.A., Inc., (collectively "LG") was informed that TSST-K intended to seek this extension. LG does not oppose this motion.

Good cause exists for this request. The requested 60-day extension is needed due to the press of a heavy caseload for TSST-K's attorney with primary responsibility for the preparation of TSST-K's opening brief, Joseph A. Rhoa. Mr. Rhoa has competing deadlines and obligations in other matters and therefore may not reasonably be able to complete the work necessary to prepare TSST-K's opening brief by the present due date while concurrently meeting his other commitments. Under the circumstances, TSST-K submits that the 60-day extension it is seeking is both necessary and reasonable.

Mr. Rhoa has exercised, and will continue to exercise, diligence regarding this appeal and intends to file the brief by the requested due date.

Dated: July 6, 2017

Respectfully submitted,

        */s/ Joseph A. Rhoa*
        Joseph A. Rhoa
        Email: jar@nixonvan.com
        Updeep S. Gill
        Email: usg@nixonvan.com
        NIXON & VANDERHYE P.C.
        901 North Glebe Road, 11th Floor
        Arlington, VA 22203
        Telephone: 703.816.4000
        Facsimile: 703.816.4100

        COUNSEL FOR APELLANT
        TOSHIBA SAMSUNG
        STORAGE TECHNOLOGY
        KOREA CORPORATION

# CERTIFICATE OF SERVICE

I certify that on July 6, 2017, I served a copy of the foregoing on all counsel of record by CM/ECF.

> */s/ Joseph A. Rhoa*
> Joseph A. Rhoa
> Email: jar@nixonvan.com
> NIXON & VANDERHYE P.C.
> 901 North Glebe Road, 11th Floor
> Arlington, VA 22203
> Telephone: 703.816.4000
> Facsimile: 703.816.4100
>
> COUNSEL FOR APPELLANT